1  Stephen Shaiken, Esq.  Bar No. 90915
   LAW OFFICES OF STEPHEN SHAIKEN
2  170 Columbus Avenue, Suite 100
   San Francisco, CA 94133-5102
3  Telephone: (415) 248-1012
   Fax: (415) 248-0019
4
   Attorney for Petitioner Gurdeep Singh
5
                 UNITED STATES DISTRICT COURT
6
                 NORTHERN DISTRICT OF CALIFORNIA
7
                         SAN FRANCISCO
8
                                           )
9  Gurdeep Singh,                          )   District Ct. No.: 05 4092 SI
               Petitioner,                 )   Agency No.: A70 453 299
10       vs.                               )
   David Still, District Director,         )
11 United States Citizenship and           )   **STIPULATION AND ORDER RE**
    Immigration Services (USCIS),  Robert  )   **SCHEDULING**
12 Divine, Acting Deputy Director, USCIS , )
   and Michael Chertoff, Secretary,        )
13 Department of Homeland Security,        )
                                           )
14             Respondents                 )
                                           )
15
         **IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES THAT**:
16
   1.)   Respondent's answer to the writ shall be file on served on or before November 4, 2005;
17
   2.)   Petitioner's reply shall be filed and served on or before November 14, 2005;
18
   3.)   The parties shall appear before the Court for argument on December 9, 2005 at 9:00 a.m.
19

20
   Date October 17, 2005
21

22
    s/stephen shaiken                                    s/edward olsen
23

24
   Stephen Shaiken, Counsel for Petitioner        Edward Olsen, Counsel for Respondents
25
     **SO ORDERED**
26

27   _____
     Hon. Susan Ilston, U.S. District
28

*GRANTED — Judge Susan Illston*