Stephen Shaiken, Esq.  Bar No. 90915
LAW OFFICES OF STEPHEN SHAIKEN
170 Columbus Avenue, Suite 100
San Francisco, CA 94133-5102
Telephone: (415) 248-1012
Fax: (415) 248-0019

Attorney for Petitioner Gurdeep Singh

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| Gurdeep Singh,<br>               Petitioner,<br>     vs.<br>David Still, District Director,<br>United States Citizenship and<br> Immigration Services (USCIS),  Robert<br>Divine, Acting Deputy Director, USCIS ,<br>and Michael Chertoff, Secretary,<br>Department of Homeland Security,<br><br>              Respondents | District Ct. No.: 05 4092 SI<br>Agency No.: A70 453 299<br><br>**STIPULATION AND ORDER RE<br>SCHEDULING** |

### IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES THAT:

1.)     Respondent's answer to the writ shall be file on served on or before November 4, 2005;

2.)     Petitioner's reply shall be filed and served on or before November 14, 2005;

3.)     The parties shall appear before the Court for argument on December 9, 2005 at 9:00 a.m.


Date October 17, 2005


 s/stephen shaiken                                              s/edward olsen


Stephen Shaiken, Counsel for Petitioner          Edward Olsen, Counsel for Respondents

**SO ORDERED**

_____

Hon. Susan Ilston, U.S. Di...

GRANTED

Judge Susan Illston

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28