KEVIN V. RYAN, CSBN 118321
United States Attorney
JOANN M. SWANSON, CSBN 88143
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

   450 Golden Gate Avenue, 10th Floor
   San Francisco, California 94102
   Telephone: (415) 436-6915
   FAX: (415) 436-7169
   Email: edward.olsen@usdoj.gov

Attorneys for Respondents

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GURDEEP SINGH, ) <br> ) <br>            Petitioner, ) <br> ) <br>       v. ) <br> ) <br> DAVID STILL, District Director, United States ) <br> Citizenship and Immigration Services (USCIS): ) <br> ROBERT DEVINE, Acting Deputy Director, ) <br> USCIS; MICHAEL CHERTOFF, Department of ) <br> Homeland Security, ) <br> ) <br>            Respondents. ) <br> ) | Case No. C 05-4092-SI <br><br> **STIPULATION TO EXTEND THE DATES IN THE BRIEFING SCHEDULE; AND [PROPOSED] ORDER** |

    The petitioner, by and through his attorney of record, and respondents, by and through their attorneys of record, hereby stipulate, subject to approval by this Court, to the extend the dates in the stipulated briefing schedule as follows:

    Respondents' Opposition to the Mandamus Petition:           November 18, 2005

    Petitioner's Reply:           November 28, 2005

    The date of the hearing shall remain on December 9, 2005, at 9:00 a.m.

STIPULATION TO EXTEND THE DATES IN THE BRIEFING SCHEDULE
C 05-4092-SI        1

| | | |
|---|---|---|
| 1 | Dated: November 2, 2005 | Respectfully submitted, |
| 2 | | KEVIN V. RYAN |
| 3 | | United States Attorney |

/s/
EDWARD A. OLSEN[1]
Assistant United States Attorney

Dated: November 2, 2005

/s/
STEPHEN SHAIKEN
Attorney for Petitioner

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: _____
SUSAN ILLSTON
United States District Judge

*IT IS SO ORDERED*
*Judge Susan Illston*

---

[1] I, Edward A. Olsen, attest that both Attorney Shaiken and I have signed this stipulation and will produce the original signed copies upon request.

STIPULATION TO EXTEND THE DATES IN THE BRIEFING SCHEDULE
C 05-4092-SI

2