KEVIN V. RYAN, CSBN 118321
United States Attorney
JOANN M. SWANSON, CSBN 88143
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

   450 Golden Gate Avenue, 10th Floor
   San Francisco, California 94102
   Telephone: (415) 436-6915
   FAX: (415) 436-7169
   Email: edward.olsen@usdoj.gov

Attorneys for Respondents

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GURDEEP SINGH, | Case No. C 05-4092-SI |
|     Petitioner, | |
|     v. | **STIPULATION TO DISMISS; AND [PROPOSED] ORDER** |
| DAVID STILL, District Director, United States Citizenship and Immigration Services (USCIS); ROBERT DEVINE, Acting Deputy Director, USCIS; MICHAEL CHERTOFF, Department of Homeland Security, | |
|     Respondents. | |

    The petitioner, by and through his attorney of record, and respondents, by and through their attorneys of record, hereby stipulate, subject to approval by this Court, to dismissal of the action in light of the fact that the respondents have agreed to adjudicate the petitioner's applications for a waiver of inadmissibility and adjustment of status within 60 days. The respondents further agree not to remove the alien within that 60-day period.

STIPULATION TO DISMISS
C 05-4092-SI     1

| | |
|---|---|
| Dated:  November 21, 2005 | Respectfully submitted,<br><br>KEVIN V. RYAN<br>United States Attorney<br><br><br>/s/<br>EDWARD A. OLSEN[1]<br>Assistant United States Attorney |
| Dated:  November 18, 2005 | /s/<br>STEPHEN SHAIKEN<br>Attorney for Petitioner |

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:  Nov. 21. 2005

SUSAN ILLSTON
United States District Judge

---

[1] I, Edward A. Olsen, attest that Attorney Stephen Shaiken and I have signed this stipulation and will produce the original signed copies upon request.

STIPULATION TO DISMISS
C 05-4092-SI

2